No. 89–7055.  BEIERLE *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–7065.  MAINS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–794.  McCAMBRIDGE *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.  JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 89–1079.  PPG INDUSTRIES, INC. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. 5th Cir. Motion of Society of the Plastics Industry, Inc., for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 89–1084.  DASILVA ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 89–1164.  GENERAL MOTORS CORP. *v.* CARLSON ET AL. C. A. 4th Cir.  Motion of Motor Vehicle Manufacturers Association of the United States Inc. for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 89–1197.  CITY OF ST. GEORGE, UTAH *v.* FOREMASTER. C. A. 10th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 89–1336.  RUSHEN, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS *v.* SPAIN.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 89–1367.  WOLLERSHEIM *v.* CHURCH OF SCIENTOLOGY OF CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 89–1401.  EXXON CORP. *v.* WYOMING STATE BOARD OF EQUALIZATION.  Sup. Ct. Wyo.  Motions of Committee on State Taxation of the Council of State Chambers of Commerce and Institute of Property Taxation for leave to file briefs as *amici curiae* granted.  Certiorari denied.